NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LATHAM & WATKINS LLP
Sarah F. Mitchell (Bar No. 308467)
 sarah.mitchell@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

ATTORNEY(S) FOR: Defendant Spark Revenue, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINE TRIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>SIMPLY SWEEPS, LP; SPARK REVENUE, LLC; CREDIREADY, LLC; INTERNET THINGS, LP; DOES 1 through 10, inclusive, and each of them,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:20-cv-06637-AB-AGR<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant Spark Revenue, LLC  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Lucine Trim | Plaintiff |
| Simply Sweeps, LP | Defendant |
| Spark Revenue, LLC | Defendant/ Defendant has no parent company. No publicly held corporation owns 10% or more of Defendant's stock. |
| CrediReady, LLC | Defendant |
| Internet Things, LP | Defendant |

September 14, 2020
Date

/s/ Sarah F. Mitchell
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Spark Revenue, LLC