Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINE TRIM, individually and on behalf of all others similarly situated, Plaintiff, vs. SIMPLY SWEEPS, LP; SPARK REVENUE, LLC; CREDIREADY, LLC; INTERNET THINGS, LP; and DOES 1 through 10, inclusive, and each of them, Defendant. | Case No. 2:20-cv-06637-AB-AGR **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANTS SIMPLY SWEEPS, LP; CREDIREADY, LLC; INTERNET THINGS, LP ONLY AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COMES THE PLAINTIFF by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to defendants SIMPLY SWEEPS, LP; CREDIREADY, LLC; INTERNET THINGS, LP only and without Prejudice as to the putative Class. Defendant has not filed an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P. Respectfully submitted this 6th Day of October, 2020,

By: s/ Adrian R. Bacon Esq.
Adrian R. Bacon
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on October 6, 2020 with:

United States District Court CM/ECF system

Notification sent electronically on October 6, 2020, to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Adrian R. Bacon Esq.
Adrian R. Bacon
Attorney for Plaintiff