1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St. Suite 780,
4  Woodland Hills, CA 91367
   Phone: 877-206-4741
5  Fax: 866-633-0228
6  tfriedman@toddflaw.com
7   abacon@ toddflaw.com
   *Attorneys for Plaintiff*
8
9              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
10

11
    LUCINE TRIM, individually and on          )    Case No.
12  behalf of all others similarly situated,  )
    Plaintiff,                                )
13                                            )       2:20-cv-06637-AB-AGR
    vs.                                       )
14                                            )
    SIMPLY SWEEPS, LP; SPARK                  )
15  REVENUE, LLC; CREDIREADY,                 )    **NOTICE OF SETTLEMENT**
    LLC; INTERNET THINGS, LP; and             )    **AS TO INDIVIDUAL CLAIMS**
16  DOES 1 through 10, inclusive, and         )    **ONLY**
17  each of them,                             )
    Defendant.                                )
18                                            )
19                                            )

20      NOW COMES THE PLAINTIFF by and through their attorney to
21  respectfully notify this Honorable Court that this case has settled individually.
22  Plaintiff requests that this Honorable Court vacate all pending hearing dates and
23  allow sixty (60) days with which to file dispositive documentation. This Court
24  shall retain jurisdiction over this matter until fully resolved.
25  Dated: October 7, 2020          **Law Offices of Todd M. Friedman, P.C.**
26
27                                     By: s/ Adrian R. Bacon
28                                         Adrian R. Bacon

Notice of Settlement

## CERTIFICATE OF SERVICE

Filed electronically on October 7, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on October 7, 2020, to:

To the Honorable Court, all parties and their Counsel of Record


s/Adrian R. Bacon
  Adrian R. Bacon