JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINE TRIM, | Case No. CV 20-06637 AB (AGRx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| SIMPLY SWEEPS, LP, et al. | |
| Defendant. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 13, 2020

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.